UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **Gregory A. Beadles,**<br>                       Plaintiff,<br><br>vs.<br><br>**ReconTrust Company, N.A., Mortgage Electronic Registration Systems, Inc., A Delaware Corp., American Mortgage Network, Inc., A Delaware Corp., Countrywide Bank, FSB, DOES 1 – 10 Federal National Mortgage Association**,<br><br>                       Defendants. | Case No. CV-12-00378-JLQ<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## I.    STIPULATION

IT IS HEREBY STIPULATED by and between the parties to the dismissal of all claims of Plaintiff Gregory Beadles in the above-entitled matter against Defendant American Mortgage Network, Inc., A Delaware Corp., without prejudice and without an award of attorney's fees or costs to either party.  It is further stipulated that American Mortgage Network, Inc. has no right to title or claim of interest in real property located at 406 E Gettysburg Ct, Spokane, WA 99028 that is the subject of this action.

/ / /

DATED this 23rd day of July, 2012.

STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE

1

**JOHN LONG LAW PLLC**
300 NE Gilman Blvd. ◆ Suite 100
Issaquah, WA  98027-2941
Telephone: (425) 427-9660
Facsimile: (866) 360-6847

1
2          Presented by:
3          **JOHN LONG LAW PLLC**
4
5          */s/ John A. Long*
           John A. Long, WSBA No. 15119
6          Attorney for Plaintiff
7
8          Approved as to form and content;
           Notice of Presentation waived:
9
10         **LANE POWEEL PC - SEA**
11
12         */s/ Tiffany Scott Connors*
           Tiffany Scott Connors, WSBA No. 41740
13         Attorney for Defendant American Mortgage
           Network, Inc.
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE

2

**JOHN LONG LAW PLLC**
300 NE Gilman Blvd. ◆ Suite 100
Issaquah, WA  98027-2941
Telephone: (425) 427-9660
Facsimile: (866) 360-6847

## II.  AGREED ORDER

Based upon the Stipulation of the parties and the files, pleadings, and records herein, it is hereby:

ORDERED, ADJUDGED and DECREED that all claims by Plaintiff against Defendant American Mortgage Network, Inc. are hereby dismissed with prejudice and without an award of attorney's fees or costs to either party; and it is further

ORDERED that American Mortgage Network, Inc. has no right to title or claim of interest in real property located at 406 E Gettysburg Ct, Spokane, WA 99028 that is the subject of this action.

DATED this ____ day of July/August, 2012.

_____
United States District Judge

| Presented by: | Approved as to Form & Content<br>Notice of Presentation Waived: |
|---|---|
| | **LANE POWELL PC - SEA** |
| **JOHN LONG LAW PLLC** | |
| | */s/ Tiffany Scott Connors* |
| */s/ John A. Long* | Tiffany Scott Connors, WSBA # 41740 |
| John A. Long, WSBA #15119 | 1420 Fifth Avenue, Ste 4100 |
| 300 NE Gilman Blvd., Suite 100 | Seattle, WA 98101-2338 |
| Issaquah, WA 98027-2941 | Attorney for Defendant American |
| Attorney for Plaintiff | Mortgage Network, Inc. |

STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE

3

**JOHN LONG LAW PLLC**
300 NE Gilman Blvd. ◆ Suite 100
Issaquah, WA 98027-2941
Telephone: (425) 427-9660
Facsimile: (866) 360-6847