# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREGORY A. BEADLES,<br><br>                    Plaintiff,<br><br>vs.<br><br>RECONTRUST COMPANY, NA, et al.,<br><br>                    Defendants. | Case No.   CV-12-378-JLQ<br><br>**CIVIL MINUTES**<br><br>DATE: August 2, 2012<br><br>**TELEPHONIC SCHEDULING CONFERENCE** |

| | | |
|---|---|---|
| | **Judge Justin L. Quackenbush** | |
| Lee Ann Mauk<br>**Courtroom Deputy** | Jeremy Johnson<br>**Law Clerk** | Not Reported<br>**Court Reporter** |
| John Long<br>**Plaintiff's Counsel** | John S. Devlin, III<br>**Defendant's Counsel** | |

**[XX] Telephonic Hearing**

Court and counsel discuss the status of the case.

Discovery Cutoff:   3/1/13

Dispositive Motion deadline: 3/15/13

Pretrial Conference 5/24/13 @ 10:00 a.m. – Spokane, WA

Non-Jury Trial: 6/3/13 @ 9:00 a.m. – Spokane, WA


**See Forthcoming Scheduling Order for ALL DEADLINES.**

| CONVENED:  9:35 AM | ADJOURNED:   9:50 AM | TIME:    0/15 | CALENDARED [    ] |
|---|---|---|---|