UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREGORY A. BEADLES,<br><br>Plaintiff,<br><br>vs.<br><br>RECONTRUST COMPANY, N.A., et al.,<br><br>Defendants. | NO. CV-12-00378-JLQ<br><br>ORDER OF DISMISSAL OF AMERICAN MORTGAGE NETWORK |

BEFORE THE COURT is the Stipulation for Order of Dismissal with Prejudice (ECF No. 11) of Defendant American Mortgage Network, Inc. The court construes the filing as a stipulated motion in that it seeks entry of an order of dismissal. In the Stipulation, the parties agree to dismissal of all claims against American Mortgage with prejudice and without an award of attorney's fees or costs to either party. The Stipulation was filed on July 23, 2012, but the court has not yet entered an Order of dismissal due to an ambiguity in the Stipulation. The Stipulation twice refers to dismissal "with" prejudice, and once refers to dismissal "without prejudice". At the Scheduling Conference held on August 2, 2012, Plaintiff's counsel represented that the Stipulation was for dismissal <u>with</u> prejudice. Accordingly, **IT IS HEREBY ORDERED:**

　　1. The Stipulated Motion (ECF No. 11) is **GRANTED**. It is **ORDERED** that upon entry of a final judgment, the claims asserted in the Complaint by the Plaintiff against American Mortgage Network, Inc. shall be **DISMISSED** with prejudice and without an award of fees or costs.

　　**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and furnish copies to counsel.

　　**DATED** this 2nd day of August, 2012.

　　　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　　JUSTIN L. QUACKENBUSH
　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1