THE HONORABLE JUSTIN L. QUACKENBUSH

John S. Devlin III, WSBA No. 23988
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
Telephone: 206.223.7000
Facsimile: 206.223.7107

Attorneys for Defendant Federal
National Mortgage Association,
ReconTrust Company, N.A., Mortgage
Electronic Registration Systems, Inc.,
and Bank of America, N.A., as successor
by merger to Countrywide Bank, FSB
and BAC Home Loans Servicing, LP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| GREGORY A. BEADLES, <br><br>    Plaintiff, <br><br> v. <br><br>RECONTRUST COMPANY, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., A Delaware Corp., AMERICAN MORTGAGE NETWORK, INC., A Delaware Corp., COUNTRYWIDE BANK, FSB; DOES 1-10 FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br><br>    Defendants. | No. CV-12-378-JLQ <br><br>**NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS** <br><br>**CLERK'S ACTION REQUIRED** <br>**NOTE FOR CONSIDERATION OCTOBER 2, 2012** |

NOTICE OF HEARING ON DEFENDANTS'
MOTION TO DISMISS - 1
Case No. CV-12-378-JLQ

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

116589.0508/5460592.1

PLEASE TAKE NOTICE that the hearing on Defendants' Federal National Mortgage Association ("Fannie Mae"), ReconTrust Company, N.A. ("ReconTrust"), Mortgage Electronic Registration Systems, Inc. ("MERS"), and Bank of America, N.A., successor by merger to Countrywide Bank, FSB and BAC Home Loans Servicing, LP ("BAC") (collectively, "Defendants") Motion to Dismiss is scheduled for October 2, 2012 without oral argument before the Honorable Justin L. Quackenbush of the above-entitled Court.

DATED: August 13, 2012.

LANE POWELL PC

By */s/John S. Devlin*
John S. Devlin III, WSBA No. 23988
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101
Telephone: 206-223-7000
Facsimile: 206-223-7107
Email: devlinj@lanepowell.com

Attorneys for Federal National Mortgage Association, ReconTrust Company, N.A., Mortgage Electronic Registration Systems, Inc., and Bank of America, N.A., as successor by merger to Countrywide Bank, FSB and BAC Home Loans Servicing, LP

NOTICE OF HEARING ON DEFENDANTS'
MOTION TO DISMISS - 2
Case No. CV-12-378-JLQ

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

116589.0508/5460592.1

## CERTIFICATE OF SERVICE

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 13th day of August, 2012, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

John A. Long, WSBA #15119
John Long Law PLLC
300 NE Gilman Blvd., Suite 100
Issaquah WA 98027
Phone: (425) 427-9660
Fax: (888) 735-6513
E-mail: jal@johnlonglaw.com, john@johnlonglaw.com

Executed on the 13th day of August, 2012, at Seattle, Washington.

*/s/Leah S. Burrus*
Leah S. Burrus
Legal Assistant to John S. Devlin III

NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS - 3

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

116589.0508/5460592.1