THE HONORABLE JUSTIN QUACKENBUSH

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANNE

| | |
|---|---|
| **Gregory A. Beadles**,<br><br>                    Plaintiff,<br>   vs.<br><br>**ReconTrust Company, N.A., Mortgage Electronic Registration Systems, Inc., A Delaware Corp., Countrywide Bank, FSB, DOES 1 – 10, Federal National Mortgage Association**,<br><br>                    Defendants. | Case No.: CV-12-00378-JLQ<br><br>**PLANITFF'S FINAL DISCLOSURE OF WITNESSES** |

COMES NOW THE PLANTIFF, Gregory Beadles (hereafter "Plaintiff"), by and through his attorneys of record, John A. Long and John Long Law PLLC (hereafter "Counsel"), and hereby endorses the following person as a witness who may be called at the trial in this matter:

   1) Gregory Beadles, Plaintiff, whose address is 19325 Vista Drive Arlington, Washington 98223 (hereinafter "Property"). Party has knowledge of the all the allegations and facts contained in the complaint and may be contacted through Plaintiff's attorney.

   2) Austin Bryant, Office Manager for John Long Law PLLC, whose address is 300 NE Gilman Blvd, Ste 100 Issaquah, Washington 98027. Witness is familiar with the records and business practices of John Long Law PLLC and can testify thereto.

FINAL DISCLOSURE OF WITNESSES - Page 1

**JOHN LONG LAW PLLC**
300 NE Gilman Blvd. ◆ Suite 100
Issaquah, WA 98027
Telephone: (425) 427-9660
Facsimile: (866) 360-6847

3) Custodian of Records for Bank of America, whose exact identification and address are unknown to Plaintiff. Witness will have actual knowledge of Bank of America's conduct and treatment of the mortgage on Plaintiff's Property, including but not limited to, his application for loan modification, communications with Plaintiff and their appointed Trustee, ReconTrust, N.A. Company N.A. (hereinafter "ReconTrust") in regard to the trustee sale of Plaintiff's Property and assignment of their purported interest in Plaintiff's property by Defendant, Mortgage Electronic Registrations Systems, Inc. (hereinafter "MERS").

4) Custodian of Records for ReconTrust, whose exact identification and address are unknown to Plaintiff. Witness will have knowledge of ReonTrust's communications with Defendant, Bank of America, and with Plaintiff in regard filing the notice of trustee sale and subsequent sale of Plaintiff's Property.

5) Custodian of Records for MERS, whose exact identification and address are unknown to Plaintiff. Witness will have actual knowledge of MERS's assignment of beneficial interest its purported beneficial interest under the first Deed of Trust to Defendant, BAC.

RESPECTFULLY SUBMITTED this 2nd day of January, 2013.

JOHN LONG LAW PLLC

*/s/ John A. Long*
John A. Long, WSBA No. 15119
Counsel for Plaintiff

FINAL DISCLOSURE OF WITNESSES - Page 2

**JOHN LONG LAW PLLC**
300 NE Gilman Blvd. ◆ Suite 100
Issaquah, WA 98027
Telephone: (425) 427-9660
Facsimile: (866) 360-6847

## DECLARATION OF SERVICE

I, Brett Masch, certify under penalty of perjury under the laws of the State of Washington, that on January 2, 2013, I electronically filed the foregoing Plaintiff's Final Disclosure of Witnesses with the United States District Court of Eastern Washington Clerk of the Court using the CM/ECF system which will send notification of such filing to the following, in addition, I have also mailed the forgoing to the following via email:

John S. Devlin, III
Lane Powell PC- SEA
1420 Fifth Avenue Suite 4100
Seattle, WA 98101
Email: devlinj@lanepowell.com

DATED this 2nd day of January, 2013.

/s/ Brett C. Masch
Brett C. Masch WSBA #43851

FINAL DISCLOSURE OF WITNESSES - Page 3

**JOHN LONG LAW PLLC**
300 NE Gilman Blvd. ◆ Suite 100
Issaquah, WA 98027
Telephone: (425) 427-9660
Facsimile: (866) 360-6847