THE HONORABLE JUSTIN QUACKENBUSH

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANNE

| | |
|---|---|
| **ReconTrust Company, N.A., Mortgage Electronic Registration Systems, Inc., A Delaware Corp., Countrywide Bank, FSB, DOES 1 – 10, Federal National Mortgage Association**,<br><br>**Counter Claimant**,<br><br>vs.<br><br>**Gregory A. Beadles**,<br><br>**Counter Defendant**. | Case No.: CV-12-00378-JLQ<br><br>**COUNTER DEFENDANT'S REPLY TO COUNTER CLAIMANT'S COUNTERCLAIM FOR ATTORNEY'S FEES** |

COMES NOW COUNTER DEFENDANT, Gregory Beadles (hereafter "Counter Defendant"), by and through his attorneys of record, John A. Long and John Long Law PLLC (hereafter "Counsel"), and hereby answers the Counter Claimant's Counterclaim for Attorney's Fees as follows:

    1)    Answering Counter Claimant's Counterclaim for Attorney's Fees, Counter Claimant's Counterclaim refers to a written document, the Deed of Trust, which is the best evidence of its contents. To the extent the allegations contained in Counterclaimant's Counterclaim contradict the writing, they are denied. As to the remaining allegations, the allegations state conclusions or recitations of law which no response is required. To the extent a response is required, the allegations in Counter Claimant's Counterclaim are denied.

/ / /

REPLY TO COUNTERCLAIM - Page 1

**JOHN LONG LAW PLLC**
300 NE Gilman Blvd. ◆ Suite 100
Issaquah, WA 98027
Telephone: (425) 427-9660
Facsimile: (866) 360-6847

RESPECTFULLY SUBMITTED this 3rd day of January, 2013.

JOHN LONG LAW PLLC

/s/ John A. Long
John A. Long, WSBA No. 15119
Counsel for Plaintiff

REPLY TO COUNTERCLAIM - Page 2

**JOHN LONG LAW PLLC**
300 NE Gilman Blvd. ◆ Suite 100
Issaquah, WA 98027
Telephone: (425) 427-9660
Facsimile: (866) 360-6847

## DECLARATION OF SERVICE

I, Brett Masch, certify under penalty of perjury under the laws of the State of Washington, that on January 3, 2013, I electronically filed the foregoing Plaintiff's Final Disclosure of Witnesses with the United States District Court of Eastern Washington Clerk of the Court using the CM/ECF system which will send notification of such filing to the following, in addition, I have also mailed the forgoing to the following via email:

John S. Devlin, III
Lane Powell PC- SEA
1420 Fifth Avenue Suite 4100
Seattle, WA 98101
Email: devlinj@lanepowell.com

DATED this 3rd day of January, 2013.

                                       */s/ Brett C. Masch*
                                       Brett C. Masch WSBA #43851

REPLY TO COUNTERCLAIM - Page 3

**JOHN LONG LAW PLLC**
300 NE Gilman Blvd. ◆ Suite 100
Issaquah, WA 98027
Telephone: (425) 427-9660
Facsimile: (866) 360-6847